**Order entered March 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00778-CV

### D. REGINALD STOVER, JACE HARKEY, ROBERT H. HOLMES, AND THE HOLMES LAW FIRM, INC., Appellants

### V.

### ADM MILLING CO., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13400**

## ORDER

Before the Court is appellee ADM Milling Co.'s March 6, 2019 notice that the bankruptcy court has lifted the automatic stay in the bankruptcy proceeding. The Court construes ADM Milling's notice as a motion to reinstate the appeal. *See* TEX. R. APP. P. 8.3(a). Attached to ADM Milling's filing is a copy of the bankruptcy court's March 4, 2019 agreed order granting D. Reginald Stover's nunc pro tunc motion for relief from the automatic stay to proceed with this appeal. That order lifted the automatic stay "as of the [bankruptcy] Petition Date," April 2, 2018, and with respect to this appeal, states it:

> (i) permit[s] [Stover] and ADM [Milling] to continue to conclusion that certain appellate proceeding in the Court of Appeals, Fifth District of Texas at Dallas (the "**Appellate Court**"), styled as *D. Reginald Stover, Jace Harkey, Robert H. Holmes, and The Holmes Law Firm, Inc., Appellants v. ADM Milling Co.,*

*Appellee*, No. 05-17-00778-CV (the "**Appeal**"), and (ii) authorize[s] the Appellate Court to finalize the Appeal.

The Court **REINSTATES** this appeal. *See* TEX. R. APP. P. 8.

/s/      CORY L. CARLYLE
         JUSTICE